IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------X
ANDREA BROOKER and JERMAL D.            :
BROOKER,                                :
                                        :
           Plaintiffs,                  :
                                        :   Civil Action No. 02-CV-2651
v.                                      :
                                        :   Judge Clifford Scott Green
TEXTRON, INC. and TEXTRON, INC.         :
a/k/a d/b/a TEXTRON LYCOMING and        :
TEXTRON LYCOMING and AVCO               :
CORPORATION,                            :
                                        :
           Defendants.                  :
-------------------------------------------------X
```

## DEFENDANTS' MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF PENNSYLVANIA

Defendants Textron Inc., Textron Lycoming and Avco Corporation hereby move this Court to transfer this action to the United States District Court for the Middle District of Pennsylvania, Williamsport Division, pursuant to 28 U.S.C. § 1404(a).

The grounds for this Motion are set forth with particularity in the accompanying Memorandum in Support of Defendants' Instant Motion and the Affidavits of Dan P. Smith and Ann T. Willaman.

Dated: August 15, 2002

        Respectfully submitted,

_____
Andrew M. Kramer, Esq.
Sarah B. McClure, Esq.
JONES, DAY, REAVIS & POGUE
51 Louisiana Avenue, N.W.
Washington D.C.  20001-2113
(202) 879-3939 (telephone)
(202) 626-1700 (telecopy)

John E. Iole, Esq.  (Pa. I.D. #47768)
JONES, DAY, REAVIS & POGUE
One Mellon Bank Center, 31st Floor
500 Grant Street
Pittsburgh, PA  15219-2502
(412) 391-3939 (telephone)
(412) 394-7959 (telecopy)
*Associate Counsel of Record*
*Pursuant to Local Rule 83.5.2*

Attorneys for Defendants

2

## **CERTIFICATE OF SERVICE**

This certifies that on this day, I served the foregoing **DEFENDANTS' MOTION PURSUANT TO 28 U.S.C. § 1404(a) TO TRANSFER VENUE TO THE MIDDLE DISTRICT OF PENNSYLVANIA** on Plaintiffs by forwarding copies to their attorney via first-class mail to:

> Harry J. Sher, Esq.
> 1210 Atlantic Building
> 260 South Broad Street
> Philadelphia, PA  19102

This 20th day of August, 2002.

_____
Nicholas J. Sanservino, Jr.