## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------X
ANDREA BROOKER and JERMAL D.          :
BROOKER,                              :
                                      :
            Plaintiffs,               :
                                      :        Civil Action No. 02-CV-2651
v.                                    :
                                      :
TEXTRON, INC. and TEXTRON, INC.       :
a/k/a d/b/a TEXTRON LYCOMING and      :
TEXTRON LYCOMING and AVCO             :
CORPORATION,                          :
                                      :
            Defendants.               :
-----------------------------------------------------X
```

## <u>ORDER</u>

AND NOW, this __ day of _____, 2002, upon considering the motion to admit Sarah B. McClure and Nicholas J. Sanservino, Jr. as counsel <u>pro hac vice</u> for Defendants Textron Inc., Textron Lycoming and Avco Corporation (collectively, "Defendants"), in the above-captioned action, it is hereby ordered that Sarah B. McClure and Nicholas J. Sanservino, Jr. are admitted in this case as counsel <u>pro hac vice</u> for Defendants.

BY THE COURT

_____, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------X
ANDREA BROOKER and JERMAL D.          :
BROOKER,                              :
                                      :
            Plaintiffs,               :
                                      :        Civil Action No. 02-CV-2651 (CSG)
v.                                    :
                                      :
TEXTRON, INC. and TEXTRON, INC.       :
a/k/a d/b/a TEXTRON LYCOMING and      :
TEXTRON LYCOMING and AVCO             :
CORPORATION,                          :
                                      :
            Defendants.               :
-------------------------------------------------X
```

### MOTION PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF
### SARAH B. MCCLURE AND NICHOLAS J. SANSERVINO, JR. TO THE BAR
### OF THIS COURT PRO HAC VICE

THE UNDERSIGNED, John E. Iole, pursuant to E.D. Pa. LR 83.5.2, and as a member of

the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully

moves that Sarah B. McClure and Nicholas J. Sanservino, Jr., attorneys with the firm of Jones,

Day, Reavis & Pogue, 51 Louisiana Avenue, N.W., Washington D.C. 20001-2113, be admitted

to appear and practice in this Court in the instant case as counsel pro hac vice for Defendants

Textron Inc., Textron Lycoming and Avco Corporation.  In support of this motion, I state:

      1.      Ms. McClure is a member of the Bars of the State of Maryland, the District of

Columbia and the United States District Court for the District of Maryland;

      2.      Ms. McClure is a member of the Bar in good standing in every jurisdiction in

which she has been admitted to practice;

      3.      There are no disciplinary proceedings pending against Ms. McClure as a member

of the Bar in any jurisdiction;

4.    Ms. McClure is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania;

5.    Mr. Sanservino is a member of the Bars of the State of New York and New Jersey and the United States District Courts for the Southern District of New York and the District of New Jersey;

6.    Mr. Sanservino is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice;

7.    There are no disciplinary proceedings pending against Mr. Sanservino as a member of the Bar in any jurisdiction; and

8.    Mr. Sanservino is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

I certify that I know that the applicants' private and professional characters are good.

WHEREFORE, the admission of Ms. McClure and Mr. Sanservino is moved this 10th day of December 2002.

Respectfully submitted,

John E. Iole
Pa. I.D. #47768

JONES, DAY, REAVIS & POGUE
500 Grant Street, 31st Floor
Pittsburgh, PA 15219
(412) 391-3939

Dated: 12/10/02

## CERTIFICATE OF
## NICHOLAS J. SANSERVINO, JR.

I, Nicholas J. Sanservino, Jr., an attorney with the firm of Jones, Day, Reavis & Pogue, 51 Louisiana Avenue, N.W., Washington D.C. 20001-2113, hereby certify, under penalties and perjury that:

1.     I am a member of the Bars of the State of New York, New Jersey and the United States District Courts for the Southern District of New York and District of New Jersey;

2.     I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

3.     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4.     I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this 6th day of December, 2002.

Nicholas J. Sanservino, Jr.
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington D.C.  20001-2113
(202) 879-3939

## CERTIFICATE OF
## SARAH B. MCCLURE

I, Sarah B. McClure, an attorney with the firm of Jones, Day, Reavis & Pogue, 51 Louisiana Avenue, N.W., Washington D.C. 20001-2113, hereby certify, under penalties and perjury that:

1.    I am a member of the Bars of the State of Maryland, the District of Columbia and the United States District Court for the District of Maryland;

2.    I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

3.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4.    I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this 6th day of December, 2002.

Sarah B. McClure
Jones, Day, Reavis & Pogue
51 Louisiana Avenue, N.W.
Washington D.C.  20001-2113
(202) 879-3939

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion Pursuant to Local Rule 83.5.2 for Admission of Sarah B. McClure and Nicholas J. Sanservino, Jr. to the Bar of this Court Pro Hac Vice**, was served on Plaintiffs by forwarding copies to their attorneys via first-class U. S. Mail to:

> Harry J. Sher, Esq.
> 1210 Atlantic Building
> 260 South Broad Street
> Philadelphia, PA  19102

This 18th day of December, 2002.


_____
Nicholas J. Sanservino, Jr.

WAI-1521607v1