IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA BROOKER, ET AL., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-2651 |
| TEXTON, INC., ET AL. | : | |
| Defendants. | : | |

**ORDER**

Presently before the Court is Defendants' Emergency Motion to Extend Deadline to File Pre-Trial Motions or Motion for Summary Judgment (Doc. 29).

**AND NOW**, this _____ day of September 2003, upon consideration of Defendants' motion, **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Deadline for File Pretrial Motions is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
HON. CLIFFORD SCOTT GREEN, S.J.

---

[1] On September 23, 2003, the Court approved and signed the parties' joint stipulation to extend the deadline to file pre-trial motions or motions for summary judgment until October 1, 2003.