IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------X
ANDREA BROOKER and JERMAL D.     :
BROOKER,     :
    :
                Plaintiffs,     :
    :    Civil Action No. 02-CV-2651 (CSG)
v.     :
    :
TEXTRON, INC. and TEXTRON, INC.     :
a/k/a d/b/a TEXTRON LYCOMING and     :
TEXTRON LYCOMING and AVCO     :
CORPORATION,     :
    :
                Defendants.     :
---------------------------------------------------X

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

       Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Textron Inc., Textron Lycoming and Avco Corporation hereby move this Court to enter summary judgment against Plaintiffs Andrea Brooker and Jermal Brooker ("Plaintiffs") on all of the claims raised in the Complaint, for the reason that no genuine issue of material fact exists and that Defendants are entitled to judgment against Plaintiffs as a matter of law.  The basis for this Motion is set forth in the accompanying Memorandum of Points and Authorities and the supporting exhibits and declarations, which are incorporated by reference herein.

       WHEREFORE, Defendants respectfully request that this Court grant their Motion for Summary Judgment with regards to all of the claims raised in the Complaint.

       A proposed order is attached hereto.

Dated: November 18, 2003

Respectfully submitted,

_____
Alison B. Marshall, Esq.
Sarah B. McClure, Esq.
Nicholas J. Sanservino, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington D.C.  20001-2113
(202) 879-3939 (telephone)
(202) 626-1700 (telecopy)

John E. Iole, Esq.  (Pa. I.D. #47768)
JONES DAY
One Mellon Bank Center, 31st Floor
500 Grant Street
Pittsburgh, PA  15219-2502
(412) 391-3939 (telephone)
(412) 394-7959 (telecopy)
*Associate Counsel of Record Pursuant to Local Rule 83.5.2*

Attorneys for Defendants Textron Inc., Textron Lycoming and Avco Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------X
ANDREA BROOKER and JERMAL D. :
BROOKER, :
 :
       Plaintiffs, :
 : Civil Action No. 02-CV-2651 (CSG)
v. :
 :
TEXTRON, INC. and TEXTRON, INC. :
a/k/a d/b/a TEXTRON LYCOMING and :
TEXTRON LYCOMING and AVCO :
CORPORATION, :
 :
       Defendants. :
---------------------------------------------------X

## ORDER

      AND NOW, this _____ day of _____, 2003, upon consideration of

Defendants' Motion for Summary Judgment and all papers and arguments submitted in support

thereof and in opposition to, it is

ORDERED

      that Defendants' Motion is GRANTED, judgment is entered for Textron Inc., Textron

Lycoming and Avco Corporation and Plaintiffs' causes of action are dismissed with prejudice.

                                      BY THE COURT:


                                      _____
                                      United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------X
ANDREA BROOKER and JERMAL D.              :
BROOKER,                                  :
                                          :
             Plaintiffs,                  :
                                          :    Civil Action No. 02-CV-2651 (CSG)
v.                                        :
                                          :
TEXTRON, INC. and TEXTRON, INC.           :
a/k/a d/b/a TEXTRON LYCOMING and          :
TEXTRON LYCOMING and AVCO                 :
CORPORATION,                              :
                                          :
             Defendants.                  :
-------------------------------------------------X
```

## DEFENDANT TEXTRON INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Textron Inc. hereby moves this Court to enter summary judgment against Plaintiffs Andrea Brooker and Jermal Brooker ("Plaintiffs") on all of the claims raised in the Complaint, for the reason that no genuine issue of material fact exists and that Defendant is entitled to judgment against Plaintiffs as a matter of law. The basis for this Motion is set forth in the accompanying Memorandum of Points and Authorities and the supporting exhibits and declarations, which are incorporated by reference herein.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Summary Judgment with regards to all of the claims raised in the Complaint.

A proposed order is attached hereto.

Dated: November 18, 2003

        Respectfully submitted,

        _____
        Alison B. Marshall, Esq.
        Sarah B. McClure, Esq.
        Nicholas J. Sanservino, Esq.
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington D.C.  20001-2113
        (202) 879-3939 (telephone)
        (202) 626-1700 (telecopy)

        John E. Iole, Esq.  (Pa. I.D. #47768)
        JONES DAY
        One Mellon Bank Center, 31st Floor
        500 Grant Street
        Pittsburgh, PA  15219-2502
        (412) 391-3939 (telephone)
        (412) 394-7959 (telecopy)
        *Associate Counsel of Record Pursuant to Local Rule 83.5.2*

        Attorneys for Defendant Textron Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------X
ANDREA BROOKER and JERMAL D. :
BROOKER, :
 :
              Plaintiffs, :
 : Civil Action No. 02-CV-2651 (CSG)
v. :
 :
TEXTRON, INC. and TEXTRON, INC. :
a/k/a d/b/a TEXTRON LYCOMING and :
TEXTRON LYCOMING and AVCO :
CORPORATION, :
 :
              Defendants. :
---------------------------------------------------------X

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Textron Inc.'s Motion for Summary Judgment and all papers and arguments submitted in support thereof and in opposition to, it is

ORDERED

that Defendant's Motion is GRANTED, judgment is entered for Textron Inc. and Plaintiffs' causes of action are dismissed with prejudice.

BY THE COURT:

_____
United States District Judge