IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA BROOKER, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEXTRON, INC. | : | NO.  02-2651 |

## **O R D E R**

     AND NOW, this 4th day of February, 2004 , it is Ordered that an oral argument on the motion for summary judgment will be held on February 18, 2004 at 10:00 a.m. in Courtroom 15-B.

ATTEST:                                         or     BY THE COURT

BY: Michael Owens
    Deputy Clerk                              CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)