IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA BROOKER, ET AL., | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 02-CV-2651 |
| | : | |
| v. | : | |
| | : | |
| TEXTON, INC., ET AL. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of February 2004, **IT IS HEREBY ORDERED** that Oral Argument regarding Defendants' Motion for Summary Judgment will be held on Tuesday, March 9, 2004, at 2:30 p.m. in Courtroom 15-B.

BY THE COURT:

_____
HON. CLIFFORD SCOTT GREEN, S.J.